IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> EDDIE NELSON FIGUEROA RIVERA <br><br><br> XXX-XX-6223 <br><br><br><br> Debtor(s) | CASE NO. 12-09368 MCF <br> Chapter 13 <br><br><br><br> **FILED & ENTERED ON 5/4/2018** |

### ORDER APPROVING SETTLEMENT/STIPULATION

This case is before the Court upon the settlement agreement/stipulation filed by the DEBTOR and DLJ MORTGAGE CAPITAL INC. SERVICED BY SELECT PORTFOLIO SERVICING, INC., docket entry #80.

Due notice having been given, no opposition having been filed, and good cause appearing thereof, it is now ordered that the settlement agreement/stipulation be and is hereby approved.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 04 day of May, 2018.

*Mildred Caban*

Mildred Caban Flores
U. S. Bankruptcy Judge

C:  DEBTOR(S)
    ROBERTO FIGUEROA CARRASQUILLO
    JOSE RAMON CARRION MORALES